UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————

| | | |
|---|---|---|
| STEVEN MANUEL | : | CIVIL ACTION NO. 1:08-cv-04468 (WM) |
| | : | |
| Plaintiff | : | |
| | : | |
| V. | : | |
| | : | |
| BUCHANAN MARINE, L.P. and | : | **APPEARANCE** |
| TILCON NEW YORK INC. | : | |
| | : | |
| Defendants | : | |

———————————————————————

Please enter my appearance as attorney for the defendants.


Dated:    Hartford, Connecticut
          May 28, 2008


                              HALLORAN & SAGE LLP

                              By_____/s/_____
                                Carl R. Ficks, Jr. (CF3647)
                                Attorneys for the Defendants
                                Buchanan Marine, L.P.
                                Tilcon New York Inc.
                                Email:  ficks@halloran-sage.com

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0042

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

I hereby certify that on May 28, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff***

Andrew V. Buchsbaum, Esq.
Bernard D. Friedman, Esq.
Friedman and James
132 Nassau Street
New York, NY 10038

_____/s/_____
Carl R. Ficks, Jr.

1183792v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105