UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| STEVEN MANUEL | : CIVIL ACTION NO. 1:08-cv-04468 (WM) |
| Plaintiff | : |
| V. | : |
| BUCHANAN MARINE, L.P. and TILCON NEW YORK INC. | : **RULE 7.1 STATEMENT** |
| Defendants | : |

_____

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Buchanan Marine, L.P. and Tilcon New York Inc. (private non-governmental parties) certifies that the following are corporate parents, affiliates, and/or subsidiaries of said party which are publicly held:

- CRH plc
- Tilcon Connecticut Inc.
- Buchanan Marine Inc.
- Oldcastle Material Inc.
- Oldcastle Financial Inc.
- Oldcastle Holdings Inc.
- Oldcastle Inc.

Dated:   Hartford, Connecticut
         May 28, 2008

                                        HALLORAN & SAGE LLP

                                        By_____/s/_____
                                          Carl R. Ficks, Jr. (CF3647)
                                          Attorneys for the Defendants
                                          Buchanan Marine, L.P.
                                          Tilcon New York Inc.
                                          Email: ficks@halloran-sage.com

12451.0042

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

     I hereby certify that on May 28, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff***
Andrew V. Buchsbaum, Esq.
Bernard D. Friedman, Esq.
Friedman and James
132 Nassau Street
New York, NY 10038

 

                                                   /s/
                                    Carl R. Ficks, Jr.

1183685v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105