UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| STEVEN MANUEL | : CIVIL ACTION NO. 1:08-cv-04468 (WM) |
| Plaintiff | : |
| V. | : |
| BUCHANAN MARINE, L.P. and TILCON NEW YORK INC. | : **APPEARANCE** |
| Defendants | : |

_____

Please enter my appearance as attorney for the defendants.

Dated:   Hartford, Connecticut
         May 28, 2008

                                        HALLORAN & SAGE LLP

                                        By_____/s/_____
                                          William S. Wilson, II  (WW5920)
                                          Attorneys for the Defendants
                                          Buchanan Marine, L.P.
                                          Tilcon New York Inc.
                                          Email: wilson@halloran-sage.com

---

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0042
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

## CERTIFICATION

I hereby certify that on May 28, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff***
Andrew V. Buchsbaum, Esq.
Bernard D. Friedman, Esq.
Friedman and James
132 Nassau Street
New York, NY 10038

                /s/
     William S. Wilson, II

1184329v.1
One Goodwin Square
225 Asylum Street
Hartford, CT 06103

- 2 -
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105