```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
STEVEN MANUEL,                         :
                                       :
                    Plaintiff,         :    08 Civ. 4468 (VM)
                                       :
         - against -                   :    ORDER
                                       :
BUCHANAN MARINE LP, et al,             :
                                       :
                    Defendants.        :
--------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Order dated May 19, 2008 the Court directed the Clerk of Court to reassign this case to White Plains pursuant to Rule 22 of the Rules for the Division of Business Among District Judges and to remove it from this Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on this Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Order of May 19, 2008 the Clerk of Court is directed to reassign this case to White Plains pursuant to Rule 22 of the Rules for the Division of Business among the District Judges and remove it from this Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         29 May 2008

_____
VICTOR MARRERO
U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-29-08