UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| STEVEN MANUEL | : CIVIL ACTION NO. 1:08-cv-04468 (WM) |
| Plaintiff | : |
| V. | : |
| BUCHANAN MARINE, L.P. and<br>TILCON NEW YORK INC. | : **APPEARANCE** |
| Defendants | : |

_____

Please enter my appearance as attorney for the defendants.

Dated:   Hartford, Connecticut
         May 30, 2008

                                HALLORAN & SAGE LLP

                                By_____/s/_____
                                  Alfred A. DiVincentis (AD4639)
                                  Attorneys for the Defendants
                                  Buchanan Marine, L.P.
                                  Tilcon New York Inc.
                                  Email:  divincentis@halloran-sage.com

12451.0042

One Goodwin Square        HALLORAN        Phone (860) 522-6103
225 Asylum Street        & SAGE LLP        Fax (860) 548-0006
Hartford, CT 06103        Juris No. 26105

**CERTIFICATION**

      I hereby certify that on May 30, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff***
Andrew V. Buchsbaum, Esq.
Bernard D. Friedman, Esq.
Friedman and James
132 Nassau Street
New York, NY 10038

                    /s/
            Alfred A. DiVincentis

1184929_1.DOC

- 2 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105