UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| STEVEN MANUEL | : CIVIL ACTION NO. 7:08-CV-04468 (KMK) |
| Plaintiff | : |
| V. | : |
| BUCHANAN MARINE, L.P. and<br>TILCON NEW YORK INC. | : **ANSWER AND AFFIRMATIVE**<br>: **DEFENSES TO COMPLAINT** |
| Defendants | : |

_____

## **FIRST COUNT**

1. Admitted.

2. The plaintiff is left to his proof.

3. The plaintiff is left to his proof.

4. The plaintiff is left to his proof.

5. The plaintiff is left to his proof.

6. The plaintiff is left to his proof.

7. Denied.

8. Denied.

9. Denied.

## **SECOND COUNT**

10. The answers to paragraphs 1 through 9 of the First Count are incorporated and made the answers hereto.



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

12451.0042
HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

11. Admitted.

12. The plaintiff is left to his proof.

13. The plaintiff is left to his proof.

14. The plaintiff is left to his proof.

15. The plaintiff is left to his proof.

16. The plaintiff is left to his proof.

17. Denied.

18. Denied.

19. Denied.

### THIRD COUNT

20. The answers to paragraphs 1 through 19 of the Second Count are incorporated and made the answers hereto.

21. Denied.

### BY WAY OF AFFIRMATIVE DEFENSE
#### First Defense

The fault, neglect, want of care, and inattention to duty by the plaintiff in causing the incident giving rise to this action constitute violations of the primary duty doctrine, barring the plaintiff from recovery for any resulting injuries or damages.

#### Second Defense

If the plaintiff sustained injuries and/or illnesses as alleged in the Complaint, his injuries and/or illnesses were caused in whole or in part by his own negligence, which injuries were not caused or contributed to in any manner by the conduct of the defendants.

- 2 -



One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

### Third Defense

The injuries and/or illness of the plaintiff, if any, arose out of certain risks, dangers, and hazards, all of which were open, obvious, and well known to the plaintiff at and before the time of said injuries and/or said illnesses were sustained, and all of said risks, dangers, and hazards have been assumed by the plaintiff herein.

### Fourth Defense

Upon information and belief, the plaintiff failed to mitigate or otherwise act to lessen or reduce the injuries and disabilities from which he allegedly suffered.

### Fifth Defense

Any recovery by the plaintiff must be reduced by collateral source payments.

### Sixth Defense

If the defendants were ever on notice of any hazard or defect for which the plaintiff seeks relief, which the defendants expressly deny, the plaintiff also had such notice and is therefore barred from recovery.

WHEREFORE, the defendants demand judgment dismissing the plaintiff's Complaint with prejudice; that it be awarded costs of suit, attorneys' fees, and disbursements as against the plaintiff; and further that they be granted such other and further relief as the pursuits of justice so require.

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

HALLORAN
& SAGE LLP

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105

Dated:   Hartford, Connecticut
         July 11, 2008

                              HALLORAN & SAGE LLP

                              By_____/s/_____
                                Carl R. Ficks, Jr. (CF3647)
                                Attorneys for the Defendants
                                Buchanan Marine, L.P.
                                Tilcon New York Inc.
                                Email: ficks@halloran-sage.com

## **CERTIFICATION**

     I hereby certify that on July 11, 2008, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

***For plaintiff***
Andrew V. Buchsbaum, Esq.
Bernard D. Friedman, Esq.
Friedman, James & Buchsbaum LLP
132 Nassau Street, Suite 900
New York, NY 10038

                                _____/s/_____
                                Carl R. Ficks, Jr.

1185620v.1

- 4 -

HALLORAN
& SAGE LLP

One Goodwin Square
225 Asylum Street
Hartford, CT 06103

Phone (860) 522-6103
Fax (860) 548-0006
Juris No. 26105